IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02224-MSK-MEH

CENTRAL GARDEN & PET COMPANY, a Delaware corporation,

    Plaintiff,

v.

PALADIN COMMERCIAL GROUP, LLC, a Colorado limited liability company,

    Defendant and Third-Party Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,
FISHER CAPITAL PARTNERS, LTD., a Colorado limited liability partnership,
FISHER CAPITAL CORPORATION, a Colorado corporation, and
NORTH AMERICAN INDUSTRIES CORPORATION, an Arizona corporation,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2008.**

    Third-Party Defendant Home Depot U.S.A., Inc.'s Unopposed Motion to Approve Stipulated Protective Order [filed March 31, 2008; doc #57] is **granted**. The Stipulated Protective Order is filed contemporaneously with this Order.