IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02224-MSK-MEH

CENTRAL GARDEN & PET COMPANY, a Delaware corporation,

    Plaintiff,

v.

PALADIN COMMERCIAL GROUP, LLC, a Colorado limited liability company,

    Defendant and Third-Party Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,
FISHER CAPITAL PARTNERS, LTD., a Colorado limited liability partnership,
FISHER CAPITAL CORPORATION, a Colorado corporation, and
NORTH AMERICAN INDUSTRIES CORPORATION, an Arizona corporation,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2008.**

For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order [filed May 7, 2008; doc #64] is **granted**. The Scheduling Order in this matter is amended as follows:

Central Garden's Deadline to Designate Experts: June 30, 2008

Paladin's Deadline to Designate Experts: July 30, 2008

Third Party Defendants' Deadline to Designate Experts: September 1, 2008

Central Garden's Deadline to Designate Rebuttal Experts: September 1, 2008

Discovery Cut-off Deadline: September 22, 2008

Dispositive Motion Deadline: November 6, 2008