IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02224-MSK-MEH

CENTRAL GARDEN & PET COMPANY, a Delaware corporation,

       Plaintiff,

v.

PALADIN COMMERCIAL GROUP, LLC, a Colorado Limited Liability Company,

       Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE CLOSURE**
_____

       THE COURT having reviewed the Stipulated Motion for Administrative Closure **(#78)**, the file in this matter and being fully advised in the premises does hereby **ORDER** that the Motion is **GRANTED**. This action be administratively closed pursuant to D.C.Colo.L.CivR 41.2, subject to reopening for good cause, and that good cause shall include a Party's failure to satisfy its payment obligations pursuant to the parties' settlement agreement. The Clerk of the Court shall administratively close this case in accordance with this order.

       DATED this 29th day of August, 2008.

                                          **BY THE COURT:**

                                          *[signature: Marcia S. Krieger]*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge